# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **ALAN COLTER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 09-0406 (ESH)** |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

## <u>MEMORANDUM OPINION</u>

This matter is before the Court on a petition for a writ of *habeas corpus*. For the reasons set forth below, the Court will dismiss the case for lack of jurisdiction.

Petitioner, who is proceeding *pro se*, was indicted in the Superior Court of the District of Columbia and is currently being held in the District's Correctional Treatment Facility while he awaits trial. He raises a number of challenges to his detention and to the proceedings in that court, including lack of probable cause, illegal arrest and search and seizure of his property in violation of the Fourth Amendment, reliance on invalid arrest warrants based on falsified police statements, bias and abuse of discretion by Superior Court judges, prosecutorial misconduct, insufficient evidence, violation of his Sixth Amendment right to effective assistance of counsel and denial of due process.

In effect, petitioner is seeking review of an ongoing criminal proceeding in Superior Court. This Court, however, lacks subject matter jurisdiction to review the actions or rulings of other courts. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United*

*States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied*, 513 U.S. 1150 (1995). Moreover, the Court's mandamus authority extends only to "officer[s] or employee[s] of the United States or any agency thereof . . . ." 28 U.S.C. § 1361. Therefore, jurisdiction to compel the Superior Court to dismiss plaintiff's criminal case is also lacking. For these reasons, petitioner's application for a writ of *habeas corpus* is denied. A separate Order of dismissal accompanies this Memorandum Opinion.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 10, 2008